UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by ___ TB ___ D.C.

Dec 11, 2014

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## 14-20906-CR-ALTONAGA/O'SULLIVAN

18 U.S.C. § 1349
18 U.S.C. § 1344
18 U.S.C. § 1708
18 U.S.C. § 1028A(a)(1)
18 U.S.C. § 981(a)(1)(C)
18 U.S.C. § 982(a)
18 U.S.C. § 1029(c)(1)(C)
21 U.S.C. § 853

UNITED STATES OF AMERICA

vs.

JAVIER RODRIGUEZ,
    a/k/a "El Ruso,"
DEJANIS VALDES TORRES, and
FABIO ACHONG CHENG RODRIGUEZ,

   Defendants.
_____/

## INDICTMENT

The Grand Jury charges that:

### GENERAL ALLEGATIONS

At all times material to this Indictment:

1. Bank of America was a financial institution with offices located in the State of Florida whose accounts were insured by the Federal Deposit Insurance Corporation.

2. J.P. Morgan Chase Bank was a financial institution with offices located in the State of Florida whose accounts were insured by the Federal Deposit Insurance Corporation.

3. Tropical Financial Credit Union was a financial institution with offices located in the State of Florida whose accounts were insured by the National Credit Union Administration.

## COUNT 1
## Conspiracy to Commit Bank Fraud
## (18 U.S.C. § 1349)

1. Paragraphs 1 through 3 of the General Allegations section of this Indictment are re-alleged and incorporated by reference as though fully set forth herein.

2. From in or around January 2014, through in or around September 2014, the exact dates being unknown to the Grand Jury, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**JAVIER RODRIGUEZ,**
a/k/a "El Ruso,"
**DEJANIS VALDES TORRES, and**
**FABIO ACHONG CHENG RODRIGUEZ,**

did willfully, that is, with intent to further the object of the conspiracy, and knowingly combine, conspire, confederate, and agree with each other, and with others known and unknown to the Grand Jury, to knowingly, and with the intent to defraud, execute a scheme and artifice to defraud a financial institution, and to obtain any moneys, funds, credits, assets, securities, and other property owned by, and under the custody and control of, a financial institution by means of materially false and fraudulent pretenses, representations, and promises, in violation of Title 18, United States Code, Sections 1344(1) and (2).

## PURPOSE OF THE CONSPIRACY

3. It was a purpose of the conspiracy for the defendants and their co-conspirators to unlawfully enrich themselves by stealing personal and business checks from the mail and then altering the payees and the dollar amounts on those checks so that the checks could be cashed by the conspirators or deposited into bank accounts for the conspirators' own financial gain.

2

## MANNER AND MEANS OF THE CONSPIRACY

The manner and means by which the defendants and their co-conspirators sought to accomplish the purpose of the conspiracy included, among others, the following:

4. The defendants and their co-conspirators stole mail from letter boxes, mail receptacles, and other authorized depositories for mail matter.

5. The defendants and their co-conspirators then identified in the stolen mail letters that contained personal and business checks payable to various third parties.

6. The defendants and their co-conspirators altered the names of the payees and the payment amounts on the stolen checks and then cashed the checks or deposited them to bank accounts the defendants and their co-conspirators controlled.

7. In some instances, the defendants and their co-conspirators used the template of a stolen check to forge a series of additional counterfeit checks payable from the same account.

8. The defendants and their co-conspirators cashed these counterfeit checks at branches of the financial institutions that issued the original, unaltered checks.

9. In other instances, the defendants and their co-conspirators deposited the counterfeit checks into bank accounts the defendants and their co-conspirators controlled so that they could later withdraw the deposited proceeds.

All in violation of Title 18, United States Code, Section 1349.

### COUNTS 2-3
### Bank Fraud
### (18 U.S.C. § 1344)

1. Paragraphs 1 through 3 of the General Allegations section of this Indictment are re-alleged and incorporated by reference as though fully set forth herein.

3

2. From on or about August 25, 2014, through in or around September 2014, the exact date being unknown to the Grand Jury, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**JAVIER RODRIGUEZ,**
a/k/a "El Ruso,"

did knowingly, and with intent to defraud, execute, and attempt to execute, a scheme and artifice to defraud a federally insured financial institution, and to obtain any of the moneys, funds, assets, and other property owned by, and under the custody and control of, said financial institution, by means of materially false and fraudulent pretenses, representations, and promises, in violation of Title 18, United States Code, Sections 1344(1) and (2), and 2.

### PURPOSE OF THE SCHEME AND ARTIFICE

3. It was the purpose of the scheme and artifice for the defendant and his accomplices to unlawfully enrich themselves by stealing personal and business checks from the mail and then altering the payees and the dollar amounts on those checks so that the checks could be cashed or deposited into bank accounts for the defendant's and his accomplices' own financial gain.

### MANNER AND MEANS OF THE SCHEME AND ARTIFICE

4. Paragraphs 4 through 9 of Count 1 of this Indictment are re-alleged and incorporated by reference as though fully set forth herein as a description of the Manner and Means of the Scheme and Artifice.

### EXECUTION OF THE SCHEME AND ARTIFICE

5. On or about the dates specified as to each Count below, in the Southern District of Florida, and elsewhere, the defendant did knowingly and with intent to defraud, execute, and attempt to execute, the above described scheme and artifice to defraud one or more financial

institutions, and to obtain moneys and funds owned by, and under the custody and control of, one or more financial institutions, as more particularly described in each count set forth below:

| Count | Approx. Date | Execution and Attempted Execution of the Scheme and Artifice |
|---|---|---|
| 2 | 08/25/2014 | Cashed a stolen check (check # 3278) from a Tropical Financial Credit Union checking account in the name of "B.B." at a Tropical Financial Credit Union branch in Miami, Florida, for $780.00. |
| 3 | 09/24/2014 | Provided to a confidential source eight counterfeit checks (check # 50487, check # 50490, check # 50491, check # 50492, check # 50493, check # 50494, check # 50495, and check # 50497) written against a J.P. Morgan Chase checking account in the name of "P.S., LLC." |

In violation of Title 18, United States Code, Sections 1344(1) and (2), and 2.

## COUNT 4
**Mail Theft**
**(18 U.S.C. § 1708)**

On or about August 25, 2014, in Miami-Dade County, in the Southern District of Florida, the defendant,

**JAVIER RODRIGUEZ,**
a/k/a "El Ruso,"

did unlawfully have in his possession any letter and mail, and any article and thing contained therein, which had been stolen, taken, and abstracted from and out of any letter box, mail receptacle, and other authorized depository for mail matter, knowing the same to have been stolen, taken, and abstracted from and out of an authorized depository for mail matter located at the North Miami Beach Post Office, 16400 West Dixie Highway, North Miami Beach, Florida 33160, in violation of Title 18, United States Code, Section 1708.

## COUNTS 5-6
## Aggravated Identity Theft
## (18 U.S.C. § 1028A(a)(1))

On or about the dates enumerated as to each count below, in Miami-Dade County, in the Southern District of Florida, the defendant,

**JAVIER RODRIGUEZ,**
a/k/a "El Ruso,"

during and in relation to a felony violation of Title 18, United States Code, Section 1349, that is, conspiracy to commit bank fraud, as charged in Count 1 of this Indictment, did knowingly possess and use, without lawful authority, a means of identification of another person, namely, the names of bank account holders and their bank account numbers, as specified in each Count listed below:

| Count | Approx. Date | Check No. | Means of Identification: Authorized Payor's Identity |
|---|---|---|---|
| 5 | 08/25/2014 | 3278 | Name and bank account number of "B.B." |
| 6 | 09/24/2014 | 50487 | Name of "A.P." |

In violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

## FORFEITURE ALLEGATIONS

1. The allegations set forth in this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendants, **JAVIER RODRIGUEZ, a/k/a "El Ruso," DEJANIS VALDES TORRES, and FABIO ACHONG CHENG RODRIGUEZ**, have an interest, pursuant to the provisions of Title 18, United States Code, Sections 981(a)(1)(C), 982(a) and 1029(c)(1)(C), and Title 21, United States Code, Section 853.

2. Upon conviction of any of the violations alleged in this Indictment, the defendants, **JAVIER RODRIGUEZ, a/k/a "El Ruso," DEJANIS VALDES TORRES, and FABIO ACHONG CHENG RODRIGUEZ**, shall forfeit to the United States all of their respective right, title and interest in any property used or intended to be used to commit any such

violation, pursuant to Title 18, United States Code, Sections 981(a)(1)(C), 982(a), 1029(c)(1)(C), and any property constituting, or derived from, any proceeds which the defendant obtained, directly or indirectly, as the result of such violation, pursuant to Title 18, United States Code, Section 982(a)(2)(B).

All pursuant to Title 18, United States Code, Sections 982(a)(2)(B) and 1029(c)(1)(C) and the procedures set forth at Title 21, United States Code, Section 853, as made applicable by Title 18, United States Code, Sections 982(b)(1) and 1029(c)(2).

A TRUE BILL

_____
FOREPERSON

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
JONATHAN E. KOBRINSKI
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

JAVIER RODRIGUEZ, a/k/a "El Ruso,"
DEJANIS VALDES TORRES, and
FABIO ACHONG CHENG RODRIGUEZ,

Defendants.
_____ /

CASE NO. _____

# CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division**: (Select One)

__X__ Miami        ____ Key West
____ FTL          ____ WPB          ____ FTP

New Defendant(s)           Yes ____   No ____
Number of New Defendants   ____
Total number of counts     ____

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:     (Yes or No)       __Yes__
   List language and/or dialect       __Spanish__

4. This case will take   __3-4__   days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                              (Check only one)

   I    0 to 5 days        __x__         Petty       ____
   II   6 to 10 days       ____          Minor       ____
   III  11 to 20 days      ____          Misdem.     ____
   IV   21 to 60 days      ____          Felony      __x__
   V    61 days and over   ____

6. Has this case been previously filed in this District Court?  (Yes or No)  __No__
   If yes:
   Judge: _____    Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?  (Yes or No)  __No__
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____
   Is this a potential death penalty case? (Yes or No)   __No__

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?    Yes ____    No __x__

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?    Yes ____    No __x__

                                                      _____
                                                      JONATHAN KOBRINSKI
                                                      ASSISTANT UNITED STATES ATTORNEY
                                                      Court I.D. No. A5501893

*Penalty Sheet(s) attached                                                     REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name:    Javier Rodriguez, a/k/a "El Ruso,"

Case No:

Count #: 1

Conspiracy to Commit Bank Fraud

Title 18, United States Code, Sections 1344 and 1349

*Max. Penalty: 30 Years' Imprisonment

Counts #: 2-3

Bank Fraud

Title 18, United States Code, Section 1344

*Max. Penalty: 30 Years' Imprisonment

Count #: 4

Possession of Stolen Mail

Title 18, United States Code, Section 1708

*Max. Penalty: 5 Years' Imprisonment

Counts #: 5-6

Aggravated Identity Theft

Title 18, United States Code, Section 1028A(a)(1)

*Required Penalty: 2 Years' Imprisonment (Consecutive to Any Other Sentence)

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name:   Dejanis Valdes Torres

Case No: _____

Count #: 1

Conspiracy to Commit Bank Fraud

Title 18, United States Code, Sections 1344 and 1349

*Max. Penalty: 30 Years' Imprisonment

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name:   Fabio Achong Cheng Rodriguez

Case No: _____

Count #: 1

Conspiracy to Commit Bank Fraud

Title 18, United States Code, Sections 1344 and 1349

*Max. Penalty: 30 Years' Imprisonment

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.