# MINUTE ORDER

Page 2

## Magistrate Judge Alicia M. Otazo-Reyes

**Atkins Building Courthouse - 10th Floor**     Date: 12/15/14     Time: 2:00 p.m.

Defendant: JAVIER RODRIGUEZ     J#: 64592-004     Case #: 14-20906-CR-ALTONAGA

AUSA: _Alex Soto_     Attorney: _Zeljka Bozanic -perm_

Violation: CONSPIRACY TO COMMIT BANK FRAUD

Proceeding: Initial Appearance     CJA Appt: _____

Bond/PTD Held: ☐ Yes ☒ No     Recommended Bond: _$250k CSB Nebbia_

Bond Set at: _$50k $250k CSB Nebbia_     Co-signed by: _____

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services _____ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: _____
- ☐ Other: _____

Language: _Spanish_

Disposition: _Counsel filed a permanent notice of appearance_

_Reading of indictment Waived_
_Not Guilty plea entered_
_Jury trial demanded_
_Standing Discovery Order requested_

_Appeals colloquy conducted_

---

**NEXT COURT APPEARANCE**     Date: _____     Time: _____     Judge: _____     Place: _____

Report RE Counsel: _____

PTD/Bond Hearing: _____

Prelim/Arraign or Removal: _____

Status Conference RE: _____

D.A.R. _14-08-40_     Time in Court: _1 min_

s/Alicia M. Otazo-Reyes     Magistrate Judge